UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| BRENDA BOWIE FOR DE'ERICA BOWIE | CIVIL ACTION NO. 04-1602-A |
|---|---|
| -vs- | JUDGE DRELL |
| SOCIAL SECURITY ADMINISTRATION, JOANNE BARNHART, COMMISSIONER | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

Before the Court is the Magistrate Judge's Report and Recommendation suggesting the final decision of the Commissioner be affirmed and Plaintiff's Complaint be denied. (Document No. 15.) After reviewing the entire file in this matter, including the written objections, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Report and Recommendation.

The Court further observes that the Magistrate Judge's incidental references to medical definitions, with appropriate citations, are informational only and do not purport to form any basis for the ultimate conclusions reached. Also, contrary to the assertion of counsel, the record shows the medical expert who testified at the hearing and Dr. Boineau, the child's treating pediatric

nephrologist, have considered the underlying Denys-Drash syndrome in formulating their opinions. (Transcript, p. 322, and Exhibits C-3F and C-11F.)

Accordingly, IT IS ORDERED that the decision of the Commissioner is AFFIRMED, Plaintiff's application for Supplemental Security Income payments on behalf of the minor child is DENIED, and Plaintiff's claim is DISMISSED WITH PREJUDICE.

SIGNED on this 20th day of September, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge